UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                              CASE NO. 3:03cr3LAC

OMAR LEE ZION

### REFERRAL AND ORDER

Referred to Judge Lacey Collier on   June 27, 2006
Motion/Pleadings: MOTION TO DESTROY EVIDENCE
Filed by GOVERNMENT          on  6/19/2006        Doc.# 75
RESPONSES:
                                on              Doc.#
                                on              Doc.#

_____ Stipulated      _____ Joint Pldg.
_____ Unopposed       _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)                   Deputy Clerk: Mary Maloy

### *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 29th day of June, 2006, that:*

*(a) The relief requested is **GRANTED**.*

*(b) _____*

s/*L.A. Collier*

**LACEY A. COLLIER**
*Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.