**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

VS  CASE NO. 3:03cr3-01/LAC

OMAR LEE ZION

### REFERRAL AND ORDER

Referred to Judge Lacey Collier on   October 7, 2009
Motion/Pleadings:  MOTION to obtain copies of documents without prepayment of fees (1) Original Search Warrant used to enter and search residence, (2) Copy of Indictment in case 3:03CR3/LAC, (3) Copy of Superseding Indictment in case 3:03CR3/LAC, (4) Copy of Discovery of evidence used to bring these indictments.
Filed by  DEFENDANT   on  9/17/2009   Doc.#  77

RESPONSES:
 None   on    Doc.#
   on    Doc.#

____ Stipulated  ____ Joint Pldg.
____ Unopposed  ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Jerry Marbut*

LC (1 OR 2)  Deputy Clerk: Jerry Marbut

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 7th day of October, 2009, that:*
*(a) The relief requested is **DENIED**.*
*(b)*

*s/L.A. Collier*
***LACEY A. COLLIER***
***Senior United States District Judge***